WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '07 FEB 02 15:27USDC-ORP


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


**FRANCISCO MONTES,**                                  CV # 06-490-KI

    Plaintiff,

vs.                                                   ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $5,900.00 are hereby awarded to Plaintiff's counsel, Tim
Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent
to Tim Wilborn's address, above.

DATED this 2nd day of Feb., 2007.

_____
United States District Judge

Submitted on February 1, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1